AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

YAO GUO aka VANESSA GUO, an individual; and GOSDOM, INC., a California corporation,

*Plaintiff(s)*

v.

KEVIN ROBL, an individual;
(See Attachment #1)

*Defendant(s)*

Civil Action No. 2:22-cv-05576 -JFW-JCx

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Kevin Robl
217 S. San Rafael Avenue
Pasadena, CA  91105

(See Attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ellyn S. Garofalo
Amir Kaltgrad
CARLTON FIELDS, LLP
2029 Century Park East, Suite 1200
Los Angeles, CA  90067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/10/2022

*Carmen Lujan*

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.


Date: _____           _____
                                                *Server's signature*

                                 _____
                                                *Printed name and title*

                                 _____
                                                *Server's address*

Additional information regarding attempted service, etc:



# ATTACHMENT "1"

Ellyn S. Garofalo (SBN 158795)
Amir Kaltgrad (SBN 252399)
CARLTON FIELDS, LLP
2029 Century Park East, Suite 1200
Los Angeles, CA 90067-2913
Telephone: (310) 843-6300
Facsimile: (310) 843-6301
Email: EGarofalo@carltonfields.com
Email: AKaltgrad@carltonfields.com

Attorneys for Plaintiffs Yao Guo aka Vanessa Guo and Gosdom, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAO GUO aka VANESSA GUO, an individual; and GOSDOM, INC., a California corporation,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>KEVIN ROBL, an individual; REMINGTON CHASE aka WILLIAM CHASE aka WILLIAM WESTWOOD, an individual; CHRISTOPHER BREMBLE, an individual; BASE MEDIA TECHNOLOGY GROUP LIMITED, a Hong Kong corporation; PRODUCTION CAPITAL LLC, a Delaware limited liability company; PRODUCTION HOUSE INTERNATIONAL, LLC, a Wyoming limited liability company; JOHN BURGEE, an individual; ROBERT ABRAMOFF, an individual; BURGEE & ABRAMOFF, a California law corporation; and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No.: 2:22-cv-5576<br><br>**COMPLAINT FOR:**<br><br>1. **FRAUDULENT INDUCEMENT;**<br>2. **COMMON LAW FRAUD;**<br>3. **VIOLATION OF CALIFORNIA PENAL CODE § 496c;**<br>4. **BREACH OF FIDUCIARY DUTY;**<br>5. **CIVIL RICO (18 U.S.C. § 1962(c));**<br>6. **CIVIL RICO CONSPIRACY (18 U.S.C. § 1962(d));**<br>7. **SECURITIES FRAUD IN VIOLATION OF CALIFORNIA CORPORATIONS CODE §§ 25401 AND 25501;**<br>8. **SALE OF UNREGISTERED SECURITIES FRAUD IN VIOLATION OF CALIFORNIA CORPORATIONS CODE § 25110;**<br>9. **BREACH OF CONTRACT; AND**<br>10. **BREACH OF CONTRACT**<br><br>**JURY TRIAL DEMANDED** |

# ATTACHMENT "2"

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

YAO GUO aka VANESSA GUO, et al. v. KEVIN ROBL, et al.
Case No. 2:22-cv-05576

DEFENDANTS TO BE SERVED:

REMINGTON CHASE aka WILLIAM CHASE aka WILLIAM WESTWOOD
6411 Ivarene Avenue
Los Angeles, CA  90068

CHRISTOPHER BREMBLE
2321 Nichols Canyon Road
Los Angeles, CA  90046

BASE MEDIA TECHNOLOGY GROUP LIMITED
Level 12, 28 Hennessy Road
Wanchai, Hong Kong

PRODUCTION CAPITAL LLC
6411 Ivarene Avenue
Los Angeles, CA  90068

PRODUCTION HOUSE INTERNATIONAL, LLC
3507 Jack Northrup Avenue
Hawthorne, CA  90250

JOHN BURGEE
20501 Ventura Blvd, Ste 262
Woodland Hills, CA  91364

ROBERT ABRAMOFF
20501 Ventura Blvd, Ste 262
Woodland Hills, CA  91364

BURGEE & ABRAMOFF
20501 Ventura Blvd, Ste 262
Woodland Hills, CA  91364