**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YAO GUO aka VANESSA GUO, an individual; and GOSDOM, INC., a California corporation,<br><br>　　　　Plaintiffs,<br><br>　　　　vs.<br><br>KEVIN ROBL, an individual; REMINGTON CHASE aka WILLIAM CHASE aka WILLIAM WESTWOOD, an individual; CHRISTOPHER BREMBLE, an individual; BASE MEDIA TECHNOLOGY GROUP LIMITED, a Hong Kong corporation; PRODUCTION CAPITAL LLC, a Delaware limited liability company; PRODUCTION HOUSE INTERNATIONAL, LLC, a Wyoming limited liability company; JOHN BURGEE, an individual; ROBERT ABRAMOFF, an individual; BURGEE & ABRAMOFF, a California law corporation; and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-05576-FWS-MAA<br><br>Honorable Fred W. Slaughter, Judge Presiding<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL** |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Application for Leave to File Under Seal and all papers filed in support thereof, the Court GRANTS the Application and ORDERS that the following documents may be filed under seal:

| Document | Portions to be filed under seal |
|---|---|
| Guo Decl. | Redaction highlighted in yellow |
| Hong Liang, M.D. Decl. | Redaction highlighted in yellow |
| Exhibit A to Guo Decl. | Entire Document |
| Exhibit B to Guo Decl. | Entire Document |
| Page 4, lns. 21 to 25 to Plaintiffs' Motion to Set Aside Dismissal | Redaction highlighted in yellow |

Plaintiffs are ordered to file the above documents under seal pursuant to Central District of California Local Civil Rule 79-5.2.2(c).

**IT IS SO ORDERED**.

DATED: _____

HON. FRED W. SLAUGHTER
United States District Court Judge