JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| YAO GUO aka VANESSA GUO, and GOSDOM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> KEVIN ROBL, REMINGTON CHASE aka WILLIAM CHASE aka WILLIAM WESTWOOD, CHRISTOPHER BREMBLE, BASE MEDIA TECHNOLOGY GROUP LIMITED, PRODUCTION CAPITAL LLC, PRODUCTION HOUSE INTERNATIONAL, LLC, JOHN BURGEE, ROBERT ABRAMOFF, BURGEE & ABRAMOFF, and DOES 1-100, inclusive, <br><br> Defendants. | Case No.: 2:22-cv-05576-FWS-MAA <br><br> JUDGMENT |

In this case, Plaintiffs Yao Guo ("Guo") and Gosdom, Inc. ("Gosdom") (together, "Plaintiffs") alleged claims against Defendants Kevin Robl ("Robl"), Remington Chase aka William Chase aka William Westwood ("Chase"), Christopher Bremble ("Bremble"), Base Media Technology Group Limited ("Base Media"), Production Capital LLC ("Production Capital"), Production House International, LLC ("Production House"), John Burgee ("Burgee"), Robert Abramoff ("Abramoff"), and Burgee & Abramoff ("B&A"). (*See generally* Dkt. 28 (Second Amended Complaint).)  The court dismissed with prejudice Plaintiffs' claims against the only parties to appear and defend against the SAC—Burgee, Abramoff, and B&A—based on a settlement involving those parties. (Dkt. 54.)  The court later dismissed with prejudice Plaintiffs' claims against Chase, Bremble, and Base Media.  (Dkt. 65.)

On June 17, 2025, the court granted in part and denied in part Plaintiffs' Motion for Default Judgment against Robl, Production Capital, and Production House, thereby fully adjudicating this case.  Consistent with the court's June 17, 2025, Order, the court now **ORDERS** and **ADJUDGES** as follows:

1. All of Plaintiffs' claims against Production House are **DISMISSED WITHOUT LEAVE TO AMEND.**
2. All of Plaintiffs' claims against Production Capital, except Plaintiffs' breach of contract claim concerning the 2018 Agreement and the January 2019 Agreement, are **DISMISSED WITHOUT LEAVE TO AMEND**.
3. Judgment is entered in this matter in favor of Plaintiffs and against Production Capital, in the amount of **$1,160,000.00**.
4. In addition, judgment is entered in this matter in favor of Plaintiffs and against Robl, in the amount of **$8,189,000.00**.

//
//

5. The Clerk is **ORDERED** to enter this Judgment forthwith.

**IT IS SO ORDERED**.

Dated: June 17, 2025

                                           Hon. Fred W. Slaughter
                                           UNITED STATES DISTRICT JUDGE